■ MARIAN A. COURIER, Appellant-Respondent, v MARINE MIDLAND BANK, N. A., Respondent-Appellant.—Order unanimously affirmed without costs. Memorandum: Supreme Court properly denied the motions of both parties for summary judgment. Material issues of fact exist whether plaintiff and her husband signed the second promissory note, which was substituted for the first note, in reliance upon material misrepresentations made by defendant. (Appeals from Order of Supreme Court, Erie County, Francis, J.— Summary Judgment.) Present—Callahan, A. P. J., Boomer, Pine, Balio and Lawton, JJ.